**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.    22-CR-14074-CANNON/MAYNARD(s)**

**UNITED STATES OF AMERICA,**

vs.

**SHANNIMA YUANTRELL SESSION,**
       **a.k.a "Shalamar"**
       **a.k.a "Lean"**
       **a.k.a "Dreds"**
       **a.k.a "Rasta"**

           **Defendant.**

_____/

**UNITED STATES' EXHIBIT LIST**

| PRESIDING JUDGE<br>Hon. Aileen M. Cannon | | | | UNITED STATES<br>Justin Hoover, Leah Branch & Matthew Thiman | DEFENDANT'S ATTORNEYS<br>Kafahni Nkrumah & Caroline McCrae |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>September 9, 2024 | | | | COURT REPORTER | COURTROOM DEPUTY<br>Tina Cassisi |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS[1] |
| GX1 | | | | | Map of Locations in Highlands County |
| GX2 | | | | | Timeline |
| GX3 | | | | | Map of Anderston Street and Lake Huntley |
| GX4 | | | | | Book Entitled *Pimp: A Story of my Life* Recovered from 165 St. Lucie Street |
| GX5 | | | | | ZTE Cellular Telephone Recovered from 165 St. Lucie Street |
| GX6 | | | | | Device Report for ZTE Cellular Telephone |
| GX7 | | | | | Alcatel Cellular Telephone Recovered from 165 St. Lucie Street |

[1] Additional exhibits are the subject of the Government's Motion in Limine (ECF 32).  The Government will incorporate these exhibits into the exhibit list upon the Court's ruling on the Government's Motion.

| GX8 | | | | | Device Report for Alcatel Cellular Telephone |
|---|---|---|---|---|---|
| GX9 | | | | | Photograph of 335 Highlands Lake Drive |
| GX10 | | | | | Photograph of Interior Door of Highlands Lake Drive |
| GX11 | | | | | Photograph of M&H Store |
| GX12 | | | | | iPhone X Recovered from Defendant's Person |
| GX13 | | | | | Device Report for iPhone X Cellular Telephone |
| GX14 | | | | | Device Report for iPhone |
| GX15 | | | | | Facebook Posts by Defendant |
| GX16 | | | | | Facebook Messages between Defendant and ████ (Shalamar.Session) |
| GX17 | | | | | Facebook Messages between Defendant and Teddy Gibbs |
| GX18 | | | | | Facebook Messages between Defendant and ████ (Shalamar.Luxurious.7) |
| GX19 | | | | | Messages between Defendant and ████ (ZTE) |
| GX20 | | | | | Messages between Defendant and ████ (Alcatel) |
| GX21 | | | | | Messages between Defendant and ████ (iPhone) |
| GX22 | | | | | Messages between Defendant and Holly Markert (iPhone X) |
| GX23 | | | | | Messages between Defendant and Robert Judah (Alcatel) |
| GX24 | | | | | Photograph of ████ |
| GX25 | | | | | Photograph of 101 Vision Street |
| GX26 | | | | | Photograph of 110 Vision Street |

| | | | | |
|---|---|---|---|---|
| GX27 | | | | Photographs of Anderson Street |
| GX28 | | | | Photographs of Lake Huntley Boat Ramp |
| GX29 | | | | Photograph of Lupita Grocery Store |
| GX30 | | | | Video of Cottontail Road |
| GX31 | | | | Still Images from Video of Cottontail Road |
| GX32 | | | | Photograph of ███ and ███ in Defendant's Car |
| GX33 | | | | Photograph of ███ |
| GX34 | | | | Medical Records of ███ |
| GX35 | | | | Photograph of ███ |
| GX36 | | | | Photograph of Highlands County Health Department |
| GX37 | | | | Records from Highlands County Health Department |
| GX38 | | | | Summary Exhibit for Highlands County Health Department Records |
| GX39 | | | | Photograph of ███ |
| GX40 | | | | 9-1-1 Call Report |
| GX41 | | | | Photographs of ███ |
| GX42 | | | | Photograph of 2520 Lakeview Drive |
| GX43 | | | | Photograph of 1427 Queen Palm Avenue |
| GX44 | | | | Department of Motor Vehicle Records |
| GX45 | | | | Records from National Insurance Crime Bureau |

| GX46 | | | | | Chrysler Records |
| GX47 | | | | | BMW Records |
| GX48 | | | | | Photograph of ███ |
| GX49 | | | | | Lease Agreement from 335 Highlands Lake Drive |
| GX50 | | | | | Photographs of Cowpoke's Watering Hole |
| GX51 | | | | | Employment Records from Cowpoke's Watering Hole |
| GX52 | | | | | Photographs of ███ Injury Taken November 19, 2016 |
| GX53 | | | | | Photographs of ███ Injury Taken May 2017 |
| GX54 | | | | | Messages between Defendant and Brandi Bennette (Alcatel) |
| GX55 | | | | | Photographs of View of Lake Huntley |
| GX56 | | | | | Photograph of ███ |
| GX57 | | | | | Facebook Video from ███ Facebook Account of Mercedes |
| GX58 | | | | | Photograph of ███ Injury |
| GX59 | | | | | Facebook Messages between ███ and Ashleigh Adams |
| GX60 | | | | | Photograph of ███ |
| GX61 | | | | | Photographs of 135 Orange Street |
| GX62 | | | | | Photograph of ███ |
| GX63 | | | | | Video from iPhoneX |
| GX64 | | | | | Extraction Report of Videos from iPhoneX |

| GX65 | | | | | Photograph of Family Dollar Located at 116 S. Sun N Lakes Blvd |
|------|--|--|--|--|-----------------------------------------------------------------------|
| GX66 | | | | | Records from Family Dollar |
| GX67 | | | | | Photographs of 181 Palm Beach Street |
| GX68 | | | | | Photograph of ███████ |
| GX69 | | | | | Photograph of Handwritten Note |
| GX70 | | | | | Photograph of ████ |
| GX71 | | | | | Messages between Defendant and Ashley (iPhoneX) |
| GX72 | | | | | Messages between Defendant and Boosta (iPhoneX) |
| GX73 | | | | | Messages between Defendant and 8632432853 (iPhoneX) |
| GX74 | | | | | Messages between Defendant and Bree (iPhoneX) |
| GX75 | | | | | Messages between Defendant and Danny (iPhoneX) |
| GX76 | | | | | Messages between Defendant and Demetrius Owens (iPhoneX) |
| GX77 | | | | | Messages between Defendant and Victor (iPhoneX) |
| GX78 | | | | | Facebook Business Records Certification |
| ███████ | ███████ | ███████ | ███████ | ███████ | ███████ |
| GXA | | | | | HCSO Police Report from March 3, 2012[2] |
| GXB | | | | | Lake Placid Police Report from March 3, 2012 |
| GXC | | | | | HCSO Report from January 5, 2013 |

[2] This section of items will be marked for identification only and will not be admitted as exhibits, unless agreed to by the defense.

| | | | | | |
|---|---|---|---|---|---|
| GXD | | | | | HCSO Report from January 13, 2013 |
| GXE | | | | | HCSO Police Report from March 22, 2016 |
| GXF | | | | | HCSO Police Report from November 18, 2016 |
| GXG | | | | | HCSO Police Report from December 7, 2011 |
| GXH | | | | | HCSO Report from April 15, 2013 |
| GXI | | | | | HCSO Police Report from October 20, 2020 |