UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14074-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHANNIMA YUANTRELL SESSION,
    a/k/a "Shalamar", a/k/a "Lean",
    a/k/a "Dreds", a/k/a "Rasta",

    Defendant.
_____/

## JURY VERDICT

We, the jury, unanimously find as follows as to the Defendant as to the following counts of the Indictment:

### COUNT ONE

As to Count 1 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion involving Sherry W. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

### COUNT TWO

As to Count 2 of the Indictment – Sex Trafficking of a Minor involving Kara B. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

As to Count 2 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion involving Kara B. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

### COUNT THREE

As to Count 3 of the Indictment, Sex Trafficking by Force, Fraud, or Coercion involving Sara K. we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

### COUNT FOUR

As to Count 4 of the Indictment – Sex Trafficking of a Minor involving Katelyn F. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

As to Count 4 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion involving Katelyn F. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

### COUNT FIVE

As to Count 5 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion involving Amanda M. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

### COUNT SIX

As to Count 6 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion involving Dinah C. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

CASE NO. 22-14074-CR-CANNON

### COUNT SEVEN

As to Count 7 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion involving Angel T. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

### COUNT EIGHT

As to Count 8 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion involving Jessica H. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

### COUNT NINE

As to Count 9 of the Indictment – Sex Trafficking of a Minor involving Amanda L. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

### COUNT TEN

As to Count 10 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion involving Tina I. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

### COUNT ELEVEN

As to Count 11 of the Indictment – Sex Trafficking by Force, Fraud, or Coercion involving Tiffanie R. – we find defendant SHANNIMA YUANTRELL SESSION:

GUILTY __X__ NOT GUILTY _____

CASE NO. 22-14074-CR-CANNON

**SO SAY WE ALL:**

Signed and dated at the United States Courthouse, Fort Pierce, Florida, this 20 day of September 2024.

███████████████████████████████

Foreperson's Signature             Foreperson's Printed Name